In the Matter of the Application of BERTHA PALMER, Respondent, against FRED LEDER, an Attorney, for an Order Directing Him to Turn over the Sum of $300, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $500; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JOHN VAUGHAN GRONER for Admission to the Bar. (From the State of Virginia and the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of SOLOMON POMERANCE for Admission to the Bar. (From the State of North Dakota.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of LAWRENCE T. GROSS, Appellant, for an Alternative Prohibition Order against JOHN HAROLD, SR., President of Washington Engine Company No. 2 in the Village of Tarrytown, and Others, Respondents.— On motion, on call of calendar, order denying application for alternative prohibition order affirmed by default, with fifty dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

J. H. & S. THEATRES, INC., Respondent, v. JOHN A. FAY, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, an Unincorporated Organization of Seven or More Members, Having Its Office at 554 Atlantic Avenue, Brooklyn, New York City, Appellant.— Order enjoining defendants affirmed, without costs; the parties to proceed to trial on Monday, May eleventh. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MEYER BLUMBERG, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STANLEY BOGART, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants.— Motion granted and operation of injunction order stayed until July 1, 1931. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.; Carswell, J., not voting.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, etc., Respondent, v. FREDERICK MCHENRY KITCHING and Others, Defendants. ELIZABETH F. VILKOMERSON, Appellant; TRI-STATE INVESTORS CORPORATION and Others, Respondents.— Motion to compel defendants, respondents, to furnish exhibits granted. Present — Lazansky, P. J., Kapper, Hagarty and Carswell, JJ.; Davis, J., not voting.

THE CITIZENS NATIONAL BANK OF EAST NORTHPORT, Respondent, v. HAROLD C. CALDWELL, Defendant. BURTIS B. BAILEY, Appellant.— Motion to refer case on appeal to county judge of Suffolk county for resettlement denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.